Cesar REYES OCHOA, Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 05–76646.

United States Court of Appeals,
Ninth Circuit.

Submitted April 10, 2006.*

Filed April 19, 2006.

Cesar Reyes Ochoa, Santa Ana, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Jennifer L. Lightbody, Esq. U.S. Department of Justice, Civil Div./Office of Immi-

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

gration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, RYMER and PAEZ, Circuit Judges.

MEMORANDUM **

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Petitioner's third motion to reopen exceeds the statutorily established numerical limit and does not raise one of the statutory exceptions thereto. *See* 8 C.F.R. § 1003.2(c)(2). Accordingly, this petition for review is denied.

All other pending motions are denied as moot. The temporary stay of removal shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

Judge Rymer concurs in the result.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).